IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISSE TORRES,                      )
                                     )    Civil Action
          Plaintiff                  )    No. 14-cv-00794
                                     )
     vs.                             )
                                     )
CAROLYN W. COLVIN,                   )
  Acting Commissioner of the         )
  Social Security Administration     )
                                     )
          Defendant                  )
                                     )

O R D E R

NOW, this 28th day of March, 2016, upon consideration

of the following documents:

    (1)   Decision of Administrative Law Judge Nancy
          Lisewski dated September 20, 2012;[1]

    (2)   Complaint filed February 6, 2014;

    (3)   Answer filed April 11, 2014;

    (4)   Plaintiff's Motion in Support of Request for
          Review, which motion was filed April 24, 2014,
          together with Plaintiff Denisse Torres' Brief and
          Statement of Issues in Support of Her Request for
          Review and Exhibits A and B;

    (5)   Defendant's Response to Request for Review of
          Plaintiff, which response was filed June 27,
          2014;

    (6)   Plaintiff Denisse Torres' Reply to "Defendant's
          Response to Request for Review of Plaintiff",
          which reply was filed July 7, 2014; and

---

[1]   See Administrative Record at pages 17-26.

(7)   Report and Recommendation of United States
      Magistrate Judge Elizabeth T. Hey dated and filed
      December 21, 2015;

after a thorough review of the record in this matter; it

appearing that neither party filed objections to Magistrate

Judge Hey's Report and Recommendation; it further appearing that

Magistrate Judge Hey's Report and Recommendation correctly

determined the legal and factual issues presented in this case,

      IT IS ORDERED that the Report and Recommendation of

Magistrate Judge Hey is approved and adopted.

      IT IS FURTHER ORDERED that plaintiff's request for

review is granted.

      IT IS FURTHER ORDERED that judgment is entered in

favor of plaintiff Denisse Torres and against defendant Carolyn

W. Colvin, Acting Commissioner of the Social Security

Administration reversing the decision of the Commissioner of

Social Security for the purposes of remand only.

      IT IS FURTHER ORDERED that the decision of the

Commissioner dated September 20, 2012 and affirmed by the

Appeals Council on December 27, 2013 is reversed.

      IT IS FURTHER ORDERED that, pursuant to sentence four

of 42 U.S.C. § 405(g), this matter is remanded to the Acting

Commissioner for further proceedings and review consistent with

Magistrate Judge Hey's Report and Recommendation, including

reconsideration of the entire medical record, including

obtaining new expert opinions regarding the limitations imposed by all of plaintiff's mental and physical conditions, and that the Administrative Law Judge revisit plaintiff's residual functional capacity ("RFC"), if necessary.  Upon remand the diagnoses of post-traumatic stress disorder and borderline intellectual functioning shall be explicitly considered.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge